JOHNSON ELKHORN COAL COMPA-
NY et al., Appellants,

v.

Bob ROBERTS and Workmen's Compensa-
tion Board of Kentucky, Appellees.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Fred G. Francis, Francis & Kazee Law Office, Prestonsburg, for appellants.

Cordell H. Martin, Hindman, J. Keller Whitaker, Dir. Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

Frank GIBSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

John N. Cornett, Whitesburg, Ernest W. Cornett, Bristol, Tenn., for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

Gail S. HUECKER, Commissioner, Depart-
ment of Economic Security, Appellant,

v.

Charles C. BRYANT and Pallie Y. Bryant,
Appellees.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Paul E. Tierney and Forest Smith, Dept. of Economic Security, Frankfort, for appellant.

R. Wayne McGee, Cynthiana, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

Elihu BEGLEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Appeal from Perry Circuit Court; Don A. Ward, Judge.

D. G. Boleyn, Hazard, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Opinion and Order, Remanding.*

* Opinion ordered not to be published.